United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORRIS WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01924 |
| | § | |
| CREDIT CONTROL SERVICES INC, | § | |
| | § | |
| Defendant. | § | |

## STANDING ORDER

In the interest of judicial economy, the Court enters this Standing Order as follows concerning the entry of a Scheduling Order.

The appearances of *pro se* counsel and licensed attorneys representing clients are waived. Therefore, no telephonic or court appearance is necessary going forward.

Nevertheless, the parties are to file their Joint Discovery/Case Management Plan, pursuant to the Federal Rules. The Court will issue a Scheduling Order in due course after the scheduled appearance date.

It is so ORDERED.

SIGNED on April 29, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge