United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORRIS WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01924 |
| | § | |
| CREDIT CONTROL SERVICES INC, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON May 11, 2026 at 8:30 AM**

Appearances:              Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | September 1, 2026 |
| Report furnished by: | September 1, 2026 |
| Defendant's experts to be designated by: | October 1, 2026 |
| Report furnished by: | October 1, 2026 |
| Discovery to be completed by: | November 30, 2026 |
| Dispositive motions due by: | November 30, 2026 |
| Docket call to be held at 11:30 AM on: | March 1, 2027 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on May 11, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge